# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Henry, Robert H | U.S. Court of Appeals: 10th Ci | 05/1/2006 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge, Tenth Circuit | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Courthouse <br> 200 N.W. 4th Street, Room 2421 <br> Oklahoma City, OK 73102 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director (advisory) | Jasmine Moran Children's Museum |
| 2. Director | Harlan, Inc. ████ corporation) |
| 3. Director | Oklahoma Foundation for Excellance |
| 4. Director | VERA Institute for Justice |
| 5. Director | Oklahoma Medical Research Foundation |
| 6. Director (Advisory) | University of Oklahoma College of Fine Arts Board of Visitors |
| 7. Director | Oklahoma Arts Institute |
| 8. Executive Committee Member | The Historical Society of the 10th Judicial Circuit |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1976-91 | State of Oklahoma Public Employees Retirement System |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henry, Robert H | 05/1/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/7/05 | Harlan, Inc. | $ 1,000.00 |
| 2. 12/05 | University of Oklahoma School of Law - teaching | $ 10,000.00 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Dr. Janice L. Ralls, P.C., Dentist |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. SMU Dedman School of Law | Nov. 13 & 14, 2004 (reimbursed 8/11/05), Dallas, TX - Appellate Judges Education Institute - Speaker, (mileage, meals, room) |
| 2. Duke University School of Law | Feb. 24 & 25, 2005 Raleigh, NC - Moot Court (transportation, meals, room) |
| 3. William Hearst Foundation | Feb. 27 - March 1, 2005 Washington DC - U.S. Senate Program - Speaker (transportation, meals, room) |
| 4. VERA Institute of Justice | April 25 & 26, 2005 New York, NY - Attend Board Meeting (transportation, meals, room) |
| 5. University of New Mexico School of Law | June 17, 2005 Albuquerque, NM - Speaker (transportation, meals) |
| 6. Yale University School of Law | Sept. 15 - 17, 2005 New Haven, CT - Speaker (transportation, meals, room) |
| 7. FJC & SMU Dedman School of Law | Sept. 29 - Oct. 2, 2005 San Francisco, CA - Speaker (transportation, meals, room) |

| Name of Person Reporting | Date of Report |
|---|---|
| Henry, Robert H | 05/1/2006 |

8. Chemonics

Dec. 2 - 10, 2005 Russia - Speaker for International Forum on Constitutional Justice (transportation, meals, room)

| Name of Person Reporting | Date of Report |
|---|---|
| Henry, Robert H | 05/1/2006 |

| Name of Person Reporting | Date of Report |
|---|---|
| Henry, Robert H | 05/1/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | BancFirst | Business - Line of CreditCredit Card | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henry, Robert H | 05/1/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Allegiance Credit Union | A | Interest | J | T | | | | | |
| 2. Vanguard 500 Index | A | Dividend | J | T | Partial Sale | 5/10 | J | A | |
| 3. TIAACREF | A | Interest | K | T | Partial Sale | 8/12 | J | A | Smith Barney-IRA Rollover |
| 4. Smith Barney-IRA-Mutual Fund (see part VIII. explanations) | A | Dividend | K | T | Buy | 8/12 | J | A | |
| 5. Sun Oil | A | Royalty | J | T | | | | | |
| 6. Vintage Petroluem, Inc. a/k/a Vintage Oil & Gas | A | Royalty | J | T | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henry, Robert H | 05/1/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

II.  AGREEMENTS:
State of Oklahoma Public Employee Retirement System (vested retirement paid into state system during my public service as State Representative and Attorney General of Oklahoma, 197601991; may be withdrawn beginning at age 55.)

VII.  INVESTMENTS & TRUSTS

Smith Barney - IRA Mutual Fund - (specifically, the Smith Barney Aggregate Growth Mutal Fund and the Smith Barney Fundamental Value Mutual Fund).

| Name of Person Reporting | Date of Report |
|---|---|
| Henry, Robert H | 05/1/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____     Date_____ 5/1/06 _____

NOTE: ANY _____ INGLY AND WIL_____ _____ TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544